IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANNA SOTELO, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-1401 |
| | § | |
| GC SERVICES LIMITED | § | |
| PARTNERSHIP, | § | |
|     Defendant. | § | |

## **DISMISSAL ORDER**

Pursuant to Plaintiff Anna Sotelo's Notice of Voluntary Dismissal [Doc. # 6], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this 4th day of **November, 2014.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2014\1401DO.wpd   141104.1011